FILED

05/08/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0456

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0456

_____

IN THE MATTER OF THE ESTATE OF:

HORATIO W. BURNS,                                    O R D E R

    Deceased.

_____

Appellant Lindsay Burn Barbier has filed a motion for leave to file an over length brief in the captioned matter, asking for an additional 5000 words. Appellees and Cross-Appellants oppose the motion.

IT IS ORDERED that motion to file an overlength brief is DENIED.

The Clerk is directed to provide a copy of this Order to all counsel of record.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 8 2023